

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

August 5, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

   Re: *Kiraka v. Success Academy Charter School, Hudson Yards*, No. 1:24-cv-02354

   Dear Judge Garnett:

   I write on behalf of Defendants Success Academy Charter School, Hudson Yards and Kaleigh Maines ("Defendants"), to respectfully request that this Court adjourn the Initial Pretrial Conference (the "Conference"), currently scheduled for August 14, 2024, until after this Court issues a decision on Defendants' pending motion to dismiss. Plaintiff does not consent to this request. Her proffered reason for declining consent is that she believes her case should proceed as planned. There have been no previous requests for adjournment of the Conference and this request will not affect any other scheduled dates.

   This Court initially scheduled the Conference on July 9, 2024. Dkt. No. 18. On July 23, 2024, Defendants moved to dismiss Plaintiff's Complaint. Dkt. No. 20. On July 24, 2024, this Court set a briefing schedule for Defendants' pending motion to dismiss and also directed that Plaintiff had the option to file an Amended Complaint in response to Defendants' pending motion to dismiss. Dkt. No. 22. Plaintiff's deadline to do so is August 22, 2024. *See id.* Either the filing of an Amended Complaint or a decision on Defendants' pending motion to dismiss could affect the deadlines in any Case Management Plan and Scheduling Order. In addition, Defendants intend to seek a stay of discovery under Federal Rule of Civil Procedure 26(c) pending resolution of the Defendants' motion to dismiss.

   For these reasons, Defendants respectfully request that this Court adjourn the Conference.

         Respectfully submitted,

         */s/ Georgia Winston*
         Georgia K. Winston

cc: All parties, via ECF

Request to adjourn the conference GRANTED. The Initial Pretrial Conference that was scheduled for Wednesday, August 14, 2024, is ADJOURNED *sine die*. Plaintiff's deadline to file an Amended Complaint or respond to the Defendants' motion to dismiss remains August 22, 2024. The Clerk of Court is directed to terminate Dkt. Nos. 23 and 24.

SO ORDERED. Date 8/7/2024

HON. MARGARET M. GARNETT
US. DISTRICT JUDGE