```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIAN KIRAKA,

                Plaintiff,

-against-

SUCCESS ACADEMY CHARTER SCHOOL,
HUDSON YARDS et al.,

                Defendants.

24-CV-02354 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Defendants have filed a new motion to dismiss the amended complaint in this case. *See* Dkt. Nos. 32 and 33. The previous motion to dismiss at Dkt. No. 20 is DENIED AS MOOT; the Clerk of Court is directed to terminate Dkt. No. 20.

    The parties are reminded that Plaintiff may file any brief opposing the motion to dismiss **not to exceed 25 pages** by no later than **October 18, 2024**, and Defendants may file a reply brief **within one week after Plaintiff's opposition brief is filed on the electronic docket**. *See* Dkt. No. 30.

Dated: September 20, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge